In re:  
James H Stroup  
Michelle L Stroup  
    Debtors

Case No. 15-03971-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: karendavi     Page 1 of 1     Date Rcvd: May 11, 2017  
                        Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
4701041        E-mail/PDF: cbp@onemainfinancial.com May 11 2017 18:51:21       Springleaf Financial Services,  
         PO Box 3251,     Evansville, IN 47731  
                                                                                                                                                                                                                                   TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:  
            Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com  
            James   Beatrice, Jr    on behalf of Debtor James H Stroup beatricelaw@aol.com  
            James   Beatrice, Jr    on behalf of Joint Debtor Michelle L Stroup beatricelaw@aol.com  
            John F Goryl    on behalf of Creditor     M&T Bank bkgroup@kmllawgroup.com  
            Joshua I Goldman    on behalf of Creditor     M&T Bank bkgroup@kmllawgroup.com,  
      bkgroup@kmllawgroup.com  
            Thomas I Puleo    on behalf of Creditor     M&T Bank tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
            United States Trustee     ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                                                                        TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:15-bk-03971-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| James H Stroup<br>67 South Third Street<br>Hughesville PA 17737 | Michelle L Stroup<br>67 South Third Street<br>Hughesville PA 17737 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/10/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/13/17

Terrence S. Miller
**CLERK OF THE COURT**