# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

|  |  |
|---|---|
| JAMES H STROUP | Case No.: 4-15-03971-RNO |
| MICHELLE L STROUP | Chapter 13 |
| Debtor(s) |  |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

Creditor Name:                  M & T BANK
Court Claim Number:            07
Last Four of Loan Number:        67 S 3rd St; PRE-ARREARS - 4374
Property Address if applicable:     67 SOUTH THIRD STREET, , HUGHESVILLE, PA17737

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $22,112.87 |
| b. | Prepetition arrearages paid by the Trustee: | $22,112.87 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,360.53 |
| f. | Postpetition arrearages paid by the Trustee: | $1,360.53 |
| g. | Total b, d, f: | $23,473.40 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $1,396.94
Next postpetition payment due: OCTOBER, 2020
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 25, 2021          Respectfully submitted,

         s/ Charles J. DeHart, III, Trustee
         Standing Chapter 13 Trustee
         Suite A, 8125 Adams Drive
         Hummelstown, PA 17036
         Phone: (717) 566-6097
         Fax: (717) 566-8313
         eMail: dehartstaff@pamd13trustee.com

Creditor Name: M & T BANK
Court Claim Number: 07

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1148472 | 05/04/2016 | $197.37 | $0.00 | $197.37 |
| 5200 | 1150131 | 06/14/2016 | $843.17 | $0.00 | $843.17 |
| 5200 | 1151697 | 07/07/2016 | $843.17 | $0.00 | $843.17 |
| 5200 | 1153144 | 08/04/2016 | $931.24 | $0.00 | $931.24 |
| 5200 | 1154690 | 09/01/2016 | $938.30 | $0.00 | $938.30 |
| 5200 | 1156324 | 10/05/2016 | $959.27 | $0.00 | $959.27 |
| 5200 | 1157918 | 11/02/2016 | $921.91 | $0.00 | $921.91 |
| 5200 | 1159526 | 12/06/2016 | $921.91 | $0.00 | $921.91 |
| 5200 | 1161103 | 01/12/2017 | $844.38 | $0.00 | $844.38 |
| 5200 | 1162640 | 02/08/2017 | $844.38 | $0.00 | $844.38 |
| 5200 | 1164164 | 03/09/2017 | $844.38 | $0.00 | $844.38 |
| 5200 | 1165778 | 04/12/2017 | $1,232.67 | $0.00 | $1232.67 |
| 5200 | 1167336 | 05/11/2017 | $280.66 | $0.00 | $280.66 |
| 5200 | 1168909 | 06/13/2017 | $1,204.57 | $0.00 | $1204.57 |
| 5200 | 1170346 | 07/06/2017 | $852.30 | $0.00 | $852.30 |
| 5200 | 1173353 | 09/19/2017 | $553.20 | $0.00 | $553.20 |
| 5200 | 1175975 | 11/08/2017 | $185.37 | $0.00 | $185.37 |
| 5200 | 1177375 | 12/05/2017 | $771.98 | $0.00 | $771.98 |
| 5200 | 1178778 | 01/11/2018 | $859.33 | $0.00 | $859.33 |
| 5200 | 1180171 | 02/08/2018 | $859.32 | $0.00 | $859.32 |
| 5200 | 1181531 | 03/08/2018 | $859.33 | $0.00 | $859.33 |
| 5200 | 1182888 | 04/03/2018 | $684.65 | $0.00 | $684.65 |
| 5200 | 1185986 | 05/15/2018 | $684.66 | $0.00 | $684.66 |
| 5200 | 1190063 | 08/09/2018 | $132.56 | $0.00 | $132.56 |
| 5200 | 1191380 | 09/06/2018 | $684.64 | $0.00 | $684.64 |
| 5200 | 1192699 | 10/10/2018 | $771.98 | $0.00 | $771.98 |
| 5200 | 1194069 | 11/08/2018 | $763.03 | $0.00 | $763.03 |
| 5200 | 1198005 | 02/07/2019 | $89.95 | $0.00 | $89.95 |
| 5200 | 1199233 | 03/12/2019 | $1,553.19 | $0.00 | $1553.19 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JAMES H STROUP                                      Case No.: 4-15-03971-RNO
    MICHELLE L STROUP                             Chapter 13
          Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 25, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JAMES BEATRICE, JR., ESQUIRE<br>PO BOX 70<br>HUGHESVILLE PA, 17737- | SERVED ELECTRONICALLY |
| M&T BANK<br>PO BOX 1288<br>BUFFALO, NY, 14240 | SERVED BY 1ST CLASS MAIL |
| JAMES H STROUP<br>MICHELLE L STROUP<br>67 SOUTH THIRD STREET<br>HUGHESVILLE, PA 17737 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 25, 2021                          s/   Donna Schott
                                                                Charles J. DeHart, III, Trustee
                                                                 Standing Chapter 13 Trustee
                                                                Suite A, 8125 Adams Drive
                                                                Hummelstown, PA 17036
                                                                Phone: (717) 566-6097
                                                                Fax: (717) 566-8313
                                                                eMail: dehartstaff@pamd13trustee.com